UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEL MASON JORDON,                       )
                                        )
         Petitioner,                    )    Case No. 1:05-cv-312
                                        )
v.                                      )
                                        )    Honorable Gordon J. Quist
DAN JOSLIN,                             )
                                        )    **ORDER DENYING APPLICATION**
         Respondent.                    )    **TO PROCEED IN FORMA PAUPERIS**
_____)

        This is a habeas corpus action brought by a state prisoner pursuant to 28 U.S.C. § 2254. Petitioner has requested leave of court to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1) and has filed an affidavit of indigence. The filing fee for a habeas corpus action is $5.00. 28 U.S.C. § 1914(a). The Court should only grant leave to proceed *in forma pauperis* when it reasonably appears that paying the cost of this filing fee would impose an undue financial hardship. *Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988). It is not unreasonable to require a prisoner to devote a small portion of his discretionary funds to defray a fraction of the costs of his litigation. *See Lumbert v. Illinois Dep't of Corr.*, 827 F.2d 257, 267 (7th Cir. 1987).

        Petitioner has filed a trust account statement, which shows that over the past six months Petitioner has had an average monthly deposit of $318.55. At the time of filing his petition, Petitioner had a spendable balance of $25.04. Petitioner's financial documents indicate that he has sufficient resources to pay the $5.00 filing fee. Therefore, Petitioner is not entitled to proceed *in forma pauperis* in this action. Petitioner has thirty days from the date of entry of this order to pay

the $5.00 filing fee. If Petitioner fails to pay the filing fee within the thirty-day period, his case will be dismissed without prejudice. Accordingly:

IT IS ORDERED that Petitioner's application for leave to proceed *in forma pauperis* (docket # 3) is DENIED.

IT IS FURTHER ORDERED that within thirty days hereof, Petitioner shall pay the $5.00 filing fee to the Clerk of this Court.

Dated:  May 16, 2005             /s/ Gordon J. Quist
                                 GORDON J. QUIST
                                 UNITED STATES DISTRICT JUDGE

**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:
Clerk, U.S. District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**